STATE OF NEW JERSEY v. CONRAD AND
SHARON HEMPELE.

April 19, 1989.

Leave to appeal granted. (See 229 *N.J.Super.* 553)

BRADLEY–LOREN COMPANY, ET AL. v. STATE OF NEW JERSEY,
DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL.

April 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK P. ZIFF.

April 25, 1989.

Leave to appeal is granted, and the matter is summarily remanded to the Pretrial Intervention Program Director of Hunterdon County to reconsider the application in light of the three-year supervisory period provided for by *N.J.S.A.* 2C:43–13 and this Court's Order of April 24, 1989, which relaxed *Rule* 3:28 to conform to the statutory amendment.